# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,  )  | |
| ) | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | |
| ) | Case No.: 1:23-cr-096 |
| Jesse Carl Davis,  ) | |
| ) | |
| Defendant.  ) | |

The undersigned shall hold a pretrial status conference with counsel by telephone on June 28, 2023, at 10:30 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (877) 810-9415 and enter access code 8992581. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 30th day of May, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court